IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARK ANTHONY TROUTT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-04-1750-C |
| | ) | |
| CORRECTIONAL HEALTHCARE MANAGEMENT, INC., OKLAHOMA COUNTY BOARD OF COUNTY COMMISSIONERS, and JOHN WHETSEL, | ) ) ) ) ) | |
| | ) | |
| Defendants | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on July 17, 2006, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge. No point would be served in repeating that analysis. In his objection, Plaintiff merely restates the conclusions and legal argument originally asserted, and there is nothing asserted which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Defendants' Motions for Summary Judgment (Dkt Nos. 73 & 74) are granted. A judgment will enter accordingly.

IT IS SO ORDERED this 14th day of August, 2006.

ROBIN J. CAUTHRON
United States District Judge